# CHRISTIAN H. DRIBUSCH
## TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING  
FIVE CLINTON SQUARE  
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996  
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 10, 2011

Re:   In re WINTER, ROBERT J  
      WINTER, LORI A  
      Case No. 10-11046-REL-7  
      Debtor(s) Social Security Number(s)- Last 4 digits  
      Debtor SSN: xxx-xx-8819    Joint Debtor SSN: xxx-xx-7953

Dear Discover Bank,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 1 | 9,358.78 | 9,358.78 | Total Payment - This Distribution: 323.27 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch  
Christian H. Dribusch, Trustee

Discover Bank  
Dfs Services LLC  
PO Box 3025  
New Albany, OH 43054-3025

3/10/2011 10:14 AM